IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT J. SHAUGHNESSY and )<br>SUSAN J. SHAUGHNESSY )<br>3248 Rittenhouse Street NW )<br>Washington, DC 20015, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:22-cv-2811 |

**COMPLAINT FOR FEDERAL TAXES**

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the unpaid federal income taxes, including statutory additions, owed by the Defendants Robert J. Shaughnessy and Susan J. Shaughnessy.

**Jurisdiction and Venue**

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340, and 1345 and 26 U.S.C. §§ 7402(a) and 7403.

2. Venue is proper in the District of the District of Columbia pursuant to 28 U.S.C. § 1391.  Defendants Robert J. Shaughnessy and Susan J. Shaughnessy reside in Washington, District of Columbia.

1

## Parties

3. The Plaintiff is the United States of America.

4. The Taxpayer Defendants, Robert J. Shaughnessy and Susan J. Shaughnessy, maintain an address at 3248 Rittenhouse Street, NW, Washington, DC.

## Count I: Collect Federal Income Tax Assessments

5. A delegate of the Secretary of Treasury properly and timely made income tax assessments jointly against Robert J. Shaughnessy and Susan J. Shaughnessy, as follows:

| Assessment Type | Tax Period Ending | Dates of Assessments | Amounts of Assessments | Outstanding Balance (as of April 18, 2022) |
|---|---|---|---|---|
| Income Tax (Form 1040) | 12/31/2001 | 5/10/2010 | $176,032.00 | $56,619.63 |
| Income Tax (Form 1040) | 12/31/2002 | 2/15/2010 | $246,225.00 | $754,664.05 |
| Income Tax (Form 1040) | 12/31/2003 | 2/15/2010 | $271,968.00 | $862,598.92 |
| Income Tax (Form 1040) | 12/31/2004 | 2/15/2010 | $272,925.00 | $831,958.39 |
| Income Tax (Form 1040) | 12/31/2005 | 2/15/2010 | $347,278.00 | $1,004,315.90 |
| Income Tax (Form 1040) | 12/31/2006 | 2/15/2010 | $434,165.00 | $1,120,345.64 |
| Income Tax (Form 1040) | 12/31/2008 | 2/8/2010 | $398,901.00 | $896,751.81 |
| Income Tax (Form 1040) | 12/31/2009 | 6/7/2010 | $353,171.00 | $627,587.65 |
| Income Tax (Form 1040) | 12/31/2010 | 7/4/2011 10/15/2012 | $444,069.00 $75,732.00 | $135,336.03 |
| Income Tax (Form 1040) | 12/31/2011 | 6/4/2012 10/15/2012 | $429,700.00 $50,799.00 | $248,718.51 |
| Income Tax (Form 1040) | 12/31/2016 | 6/12/2017 | $405,392.00 | $446,140.83 |
| **Total Outstanding Balance (as of April 18, 2022)** | | | | **$6,985,037.36** |

6. Penalties and interest have accrued according to law on the unpaid balance of assessments set forth in Paragraph 5, and will continue to accrue until paid in full.

7. A delegate of the Secretary of the Treasury gave notice of the tax assessments set forth in Paragraph 5, to Robert J. Shaughnessy and Susan J. Shaughnessy, and made demand for payment of those assessments.

8. Despite notice and demand for payment of the assessments set forth in Paragraph 5, Robert J. Shaughnessy and Susan J. Shaughnessy have neglected or refused to make full payment of those assessments to the United States.

9. As of April 18, 2022, with respect to the assessments described in Paragraph 5, Robert J. Shaughnessy and Susan J. Shaughnessy are indebted to the United States in the amount of $6,985,037.36 for federal income taxes, penalties, and interest, plus statutory additions accruing after that date as provided by law.

## Prayer for Relief

WHEREFORE, the United States respectfully prays that this Court:

A. Enter judgment in favor of the United States and against Defendants Robert J. Shaughnessy and Susan J. Shaughnessy with respect to the unpaid federal income tax liabilities for tax years 2001–2006, 2008–2011, and 2016, described in Paragraph 5, above, in the amount of **$6,985,037.36** as of April 18, 2022, plus statutory interest and other additions to tax accruing thereafter according to law until paid in full;

    B.     Award the United States its costs incurred in prosecuting this action; and

    C.     Such other and further relief as the Court deems just and proper.

Dated: September 15, 2022

> DAVID A. HUBBERT
> Deputy Assistant Attorney General
>
> */s/ Emily K. Miller*
> EMILY K. MILLER (KY Bar #97725)
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 227
> Washington, D.C.  20044
> 202-353-7509 (v)
> 202-514-6866 (f)
> emily.k.miller@usdoj.gov