IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>       Plaintiff,                                           )<br>                                                                )<br>v.                                                             )<br>                                                                )<br>ROBERT J. SHAUGHNESSY, and        )<br>SUSAN J. SHAUGHNESSY,                  )<br>                                                                )<br>       Defendants.                                      )<br>                                                                )<br>                                                                ) | Case No. 1:22-cv-02811-CRC |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

In accordance with Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7(m), Defendants Robert J. Shaughnessy and Susan J. Shaughnessy respectfully move the Court for a 45-day extension of time (i.e., to January 5, 2023) to answer or otherwise respond to Plaintiff United States' Complaint. In support of this motion, Defendants submit the following:

1) On September 15, 2022, the United States initiated this action seeking to reduce to judgment certain federal income tax, interest, and penalty assessments made against Defendants.

2) On November 3, 2022, undersigned counsel filed a notice of appearance on behalf of Defendants.

3) Over the last several weeks, Defendants have been working diligently on gathering the necessary financial documents and completing the required forms to engage in negotiations with the United States about a potential settlement that would resolve this matter.

4) On November 15, 2022, in accordance with Local Rule 7(m), undersigned counsel conferred with counsel for the United States regarding this motion. Counsel for the United States does not object to the relief requested herein.

WHEREFORE, and for good cause shown, Defendants respectfully request that the Court extend the deadline for Defendants to answer or otherwise respond to the United States' Complaint by 45-days, to January 5, 2023.

Dated:  November 18, 2022

Respectfully submitted,

*/s/ Jordan D. Howlette*
JORDAN D. HOWLETTE
DC Bar No.: 155982
Managing Attorney
JD Howlette Law
1140 3rd St. NE
Washington, DC 20002
Tel: (202) 921-6005
Fax: (202) 921-7102
jordan@jdhowlettelaw.com

*Counsel for the Plaintiff*