IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>) <br>   v. )<br>)<br>ROBERT J. SHAUGHNESSY, and )<br>SUSAN J. SHAUGHNESSY, )<br>)<br>   Defendants. )<br>)<br>_____ ) | Case No. 1:22-cv-02811-CRC |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

In accordance with Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7(m), Defendants Robert J. Shaughnessy and Susan J. Shaughnessy respectfully move the Court for a 90-day extension of time (i.e., to April 5, 2023) to answer or otherwise respond to Plaintiff United States' Complaint. In support of this motion, Defendants submit the following:

1)   On September 15, 2022, the United States initiated this action seeking to reduce to judgment certain federal income tax, interest, and penalty assessments made against Defendants.

2)   On November 18, 2022, Defendants filed their first unopposed motion for extension of time (ECF No. 5), which the Court subsequently granted, (ECF Text Entry Only, dated November 21, 2022).

3)   On or about December 16, 2022, Defendants submitted a settlement offer to the United States, which the United States subsequently rejected.

4) The parties have engaged in meaningful settlement discussions since the date of the initial offer, and the parties remain optimistic that a resolution can be reached without having to waste judicial time and resources.

5) Undersigned counsel conferred with counsel for the United States regarding this motion. Counsel for the United States does not object to the relief requested herein.

WHEREFORE, and for good cause shown, Defendants respectfully request that the Court extend the deadline for Defendants to answer or otherwise respond to the United States' Complaint by 90 days, to April 5, 2023.

Dated:  January 5, 2023

Respectfully submitted,

*/s/ Jordan D. Howlette*
JORDAN D. HOWLETTE
DC Bar No.: 155982
Managing Attorney
JD Howlette Law
1140 3rd St. NE
Washington, DC 20002
Tel: (202) 921-6005
Fax: (202) 921-7102
jordan@jdhowlettelaw.com

*Counsel for the Plaintiff*